IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 12: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Criminal No. 05-20122-D |
| BRENDA COLBERT, | * | |
| Defendant. | * | |

## ORDER

Defendant Brenda Colbert has filed a motion styled "Motion to Suppress and Authorities in Support Thereof." Local Rule LCrR12.1(b) provides that "[m]otions to suppress ... shall be supported by a memorandum of law and facts." As the defendant has failed to comply with the Local Rules, the Court orders the defendant to file a memorandum complying with the local rules within twenty (20) days of the entry of this order, or show cause why the motion should not be dismissed and stricken.

DONE at Memphis, Tennessee, this 3rd day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-8-05

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT