PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Brenda Colbert ) | Case No. 05-20122-02 D |

FILED BY _ule_ D.C.

05 JUL -7 PM 3:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brenda Colbert, have discussed with Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Participate in mental health treatment if deemed advisable by the Pretrial Services Office

I consent to this modification of my release conditions and agree to abide by this modification.

_Brenda Colbert_    6/29/05    _Angela K. Yates_    7/6/05
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    6/29/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on 7-6-2005

[ ] The above modification of conditions of release is <u>not</u> ordered.

_[signature]_    7/7/05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7/13/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT