PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee



FILED BY ____ D.C.

05 JUL 11 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
WD OF TN, MEMPHIS

U.S.A. vs. Brenda Colbert                             Docket No. 05-20122-02 D

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Angela K. Yates presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, on the 15th day of April, 2005, under the following conditions:

1) Report as directed by Pretrial Services.
2) Maintain or actively seek employment.
3) Refrain from possessing a destructive device, firearm, or other dangerous weapon.
4) Refrain from any use or unlawful possession of any narcotic drug or other controlled substances.
5) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance.
6) Participate in substance abuse counseling or treatment if deemed advisable by Pretrial Services.
7) Travel restricted to the Western District of Tennessee without prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

### SEE ATTACHMENT

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant that Brenda Colbert may appear and show cause as to why her bond should not be revoked.

BOND RECOMMENDATION:    No Bond / Detention

ORDER OF COURT

Considered and ordered this ___ day of July, 20 05 and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 8, 2005

Angela K. Yates
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-13-05



PS8-Page 2
Colbert, Brenda

1) Maintain or actively seek employment.

Ms. Colbert has failed to provide any proof of employment or proof that she is actively seeking employment throughout her period of supervision.

2) Refrain from the use or unlawful possession of any narcotic drug or other controlled substances.

The defendant submitted a urinalysis specimen on April 19, 2005, at the Pretrial Services Office, which tested positive for marijuana. On May 20, 2005, Ms. Colbert signed a Voluntary Admission of Illegal Drug Use form indicating that she smoked marijuana on or about May 18, 2005. Defendant Colbert submitted a urinalysis specimen on May 27, 2005, at ACAR, which tested positive for marijuana.

3) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance.

Ms. Colbert failed to submit a urinalysis specimen as directed on June 20, 2005, and June 25, 2005.

4) Participate in substance abuse counseling or treatment if deemed advisable by Pretrial Services.

The defendant was referred to drug treatment at ACAR on May 26, 2005. Brenda Colbert failed to attend her counseling session at ACAR on June 15, 2005, and June 29, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT