IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-20122DV |
| | ) | |
| BRENDA COLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING GOVERNMENT'S MOTION TO REVOKE BOND

On July 21, 2005, defendant Brenda Colbert appeared before U.S. Magistrate Judge S. Thomas Anderson for an initial appearance on a charge of violation of the terms and conditions of her pretrial release. The government requested her bond be revoked. The defendant was advised of her right to have a bond revocation hearing.

A bond revocation hearing was held On July 25, 2005, and completed on August 29, 2005. For the reasons stated at the hearing, the petition to revoke bond is denied.

IT IS SO ORDERED August 29, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT